**Fill in this information to identify the case:**

Debtor 1  **Sharon E Halfpenny**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  16-34776

# Official Form 410S1
## Notice of Mortgage Payment Change                                                                          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): N / A

**Last 4 digits** of any number you use to Identify the debtor's account:    XXXX7655

**Date of payment change:**
Must be at least 21 days after date of this notice    _02/01/2017___

**New total payment:**
Principal, interest, and escrow, if any    $__795.56

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

**Current escrow payment**: $_568.84_____    **New escrow payment**: $__218.68_

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

**Current interest rate**:    _____%    **New interest rate**:    _____%

**Current principal and interest payment**: $ _____    **New principal and interest payment**: $ _____

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment**: $_____    **New mortgage payment**: $_____

Official Form 410S1        **Notice of Payment Change**        page 1
File Number: 9734-97201

| Debtor 1 | **Sharon E Halfpenny** | | | Case number *(if known)* 16-34776 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | ✗ | /s/Toni Townsend | Date | December 16, 2016 |
|---|---|---|---|---|
| | | Signature | | |
| Print: | | Toni Townsend | Title | Bankruptcy Attorney |
| | | First Name    Middle Name    Last Name | | |
| Company | | McCalla Raymer Pierce, LLC | | |
| Address | | 1 N. Dearborn St. Suite 1200 | | |
| | | Number    Street | | |
| | | Chicago, IL 60602 | | |
| | | City    State    ZIP Code | | |
| Contact phone | | (312) 346-9088 | Email | northerndistrict@pierceservices.com |

**seterus**™
PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday–Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

DENNIS HALFPENNY
SHARON HALFPENNY
C/O SULAIMAN LAW GROUP LTD
900 JORIE BLVD STE 150
OAK BROOK IL  60523-3810

L913

## ESCROW ACCOUNT STATEMENT

Analysis Date: 11/16/16
Loan Number:

| | Current Payment | New Payment Effective 02/01/17 |
|---|---|---|
| Principal and Interest | $576.88 | Principal and Interest* $576.88 |
| Escrow | $568.84 | Escrow $218.68 |
| Total Current Payment | $1,145.72 | Total NEW Payment* $795.56 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on October 31, 2016. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS February 2017 to January 2018 | |
|---|---|
| COUNTY | $2,624.15 |
| **Total Disbursements** | **$2,624.15** |

Bankruptcy File Date   October 31, 2016

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date   $0.00

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $15,710.75 |
| Post Petition Beg Bal* | | | | $15,710.75 |
| Surplus Refund | | | | $14,398.68 |
| 02/01/2017 | 218.68 | 1,272.94- | COUNTY | 257.81 |
| 03/01/2017 | 218.68 | 0.00 | | 476.49 |
| 04/01/2017 | 218.68 | 0.00 | | 695.17 |
| 05/01/2017 | 218.68 | 0.00 | | 913.85 |
| 06/01/2017 | 218.68 | 0.00 | | 1,132.53 |
| 07/01/2017 | 218.68 | 1,351.21- | COUNTY | 0.00 |
| 08/01/2017 | 218.68 | 0.00 | | 218.68 |
| 09/01/2017 | 218.68 | 0.00 | | 437.36 |
| 10/01/2017 | 218.68 | 0.00 | | 656.04 |
| 11/01/2017 | 218.68 | 0.00 | | 874.72 |
| 12/01/2017 | 218.68 | 0.00 | | 1,093.40 |
| 01/01/2018 | 218.68 | 0.00 | | 1,312.08 |
| **Total** | **$2,624.16** | **$2,624.15-** | | |

The projected beginning balance of your escrow account is $15,710.75. Your required beginning balance according to this analysis should be $1,312.07. This means you have a surplus of $14,398.68. Since your loan is 30 days or more delinquent, the surplus amount will remain in your escrow account. If you reinstate or bring your loan current, we will conduct a new escrow analysis within 90 days. If your loan is current and there is a surplus at that time, we will send you a refund for that amount.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $0.00.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from September 2014 to January 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $6,518.47 | $9,977.89- |
| Date | | | | | | | |
| 09/01/14 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,927.08 | 9,977.89- |
| 10/01/14 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,335.69 | 9,977.89- |
| 11/01/14 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,744.30 | 9,977.89- |
| 12/01/14 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,152.91 | 9,977.89- |
| 01/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,561.52 | 9,977.89- |
| 02/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,970.13 | 9,977.89- |
| 02/01/15 | 0.00 | 0.00 | 2,720.00- | 2,696.83-* | COUNTY | 6,250.13 | 12,674.72- |
| 03/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,658.74 | 12,674.72- |
| 04/01/15 | 408.61 | 2,696.83* | 0.00 | 0.00 | | 7,067.35 | 9,977.89- |
| 05/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,475.96 | 9,977.89- |
| 06/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,884.57 | 9,977.89- |
| 07/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,293.18 | 9,977.89- |
| 07/01/15 | 0.00 | 0.00 | 2,183.33- | 0.00* | COUNTY | 6,109.85 | 9,977.89- |
| 08/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,518.46 | 9,977.89- |
| 09/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,927.07 | 9,977.89- |
| 10/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,335.68 | 9,977.89- |
| 11/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,744.29 | 9,977.89- |
| 12/01/15 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,152.90 | 9,977.89- |
| 01/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,561.51 | 9,977.89- |
| 01/01/16 | 0.00 | 0.00 | 0.00 | 1,351.21-* | COUNTY | 8,561.51 | 11,329.10- |
| 02/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,970.12 | 11,329.10- |
| 02/01/16 | 0.00 | 0.00 | 2,720.00- | 0.00* | COUNTY | 6,250.12 | 11,329.10- |
| 03/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,658.73 | 11,329.10- |
| 04/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,067.34 | 11,329.10- |
| 05/01/16 | 408.61 | 535.58* | 0.00 | 0.00 | | 7,475.95 | 10,793.52- |
| 06/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,884.56 | 10,793.52- |
| 07/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 8,293.17 | 10,793.52- |
| 07/01/16 | 0.00 | 0.00 | 2,183.33- | 1,272.94-* | COUNTY | 6,109.84 | 12,066.46- |
| 08/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,518.45 | 12,066.46- |
| 09/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 6,927.06 | 12,066.46- |
| 10/01/16 | 408.61 | 0.00* | 0.00 | 0.00 | | 7,335.67 | 12,066.46- |
| 11/01/16 | 408.61 | 19,549.00* | 0.00 | 0.00 | | 7,744.28 | 7,482.54 |
| 12/01/16 | 408.61 | 0.00 | 0.00 | 0.00 | | 8,152.89 | 7,482.54 |
| 01/01/17 | 408.61 | 0.00 | 0.00 | 0.00 | | 8,561.50 | 7,482.54 |
| **Total** | **$11,849.69** | **$22,781.41** | **$9,806.66-** | **$5,320.98-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.

** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: **Sharon E Halfpenny**

*Debtor(s),*

Chapter 13

Case No. 16-34776

Judge Deborah L. Thorne

## CERTIFICATE OF SERVICE

TO: SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of the attached Notice to the Addresses attached by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 16, 2016, with proper postage prepaid.

/s/ Toni Townsend
Toni Townsend
ARDC# 6289370
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

9734-97201

File Number: 9734-97201

## SERVICE LIST

To Trustee:
**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604
**by Electronic Notice through ECF**


To Debtor:
**Sharon E Halfpenny**
P.O. Box 289
Amboy, IL 61310
**by U.S. Mail**


To Attorney:
**Joseph S Davidson**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**


McCalla Raymer Pierce, LLC
Attorney For: Creditor
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088

File Number: 9734-97201

File Number: 9734-97201