**mcm** Midland Credit Management, Inc.

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

July 18, 2017

**US BANKRUPTCY COURT**
NORTHERN District ILLINOIS

RE:    Claim filed on SHARON  HALFPENNY
Case # 16-34776
Claim # 1

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

To Whom It May Concern:

Midland Credit Management, Inc. hereby withdraws Proof of Claim number ___1___ dated February 24, 2017.

Thank you,

/s/ Joseph Raymond
Bankruptcy Specialist

Name:    Joseph Raymond
Address:    Po Box 2011
Warren, MI 48090
Phone: 877-495-2902
Fax :    866-818-1718
Email: MBX_ILMS_Bankruptcy@mcmcg.com

BK_0005 Account No.: 17-15804