## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   Sharon E Halfpenny           )   Chapter 13
                                       )   Case No. 16 B 34776
     Debtor(s)                         )   Judge Deborah L. Thorne

## Notice of Motion

Sharon E Halfpenny  
P.O. Box 289  
Amboy, IL 61310

Debtor Attorney: Sulaiman Law Group Ltd  
via Clerk's ECF noticing procedures

On February 13, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 613  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, February 5, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On October 31, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on March 28, 2018, for a term of 60 months with payments of $886.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
|  | 28 | $18,626.00 | $16,518.00 | $2,108.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/04/2019  
Due Each Month: $886.00  
Next Pymt Due: 02/28/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/01/2018 | 4562142000 | $555.00 | 02/01/2018 | 4635530000 | $555.00 |
| 02/28/2018 | 4705312000 | $555.00 | 04/09/2018 | 4821142000 | $550.00 |
| 05/01/2018 | 4878680000 | $886.00 | 06/04/2018 | 4959727000 | $886.00 |
| 07/02/2018 | 5034322000 | $886.00 | 08/01/2018 | 5115296000 | $886.00 |
| 09/03/2018 | 5199739000 | $886.00 | 10/02/2018 | 5280657000 | $886.00 |
| 11/02/2018 | 5360559000 | $886.00 | 12/03/2018 | 5435847000 | $886.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE