NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Sharon E Halfpenny
P.O. Box 289
Amboy, IL 61310
SSN: xxx–xx–9411 EIN: N.A.

Case No. : 16–34776
Chapter : 13
Judge : Deborah L. Thorne

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Nationstar Mortgage LLC d/b/a Mr. Cooper

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to US Bank Trust NA of your claim in the above matter, designated Claim No. 2 .   If no objections are filed by you on or before March 12, 2020 the Court shall substitute US Bank Trust NA in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: February 21, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Sharon E Halfpenny
    Debtor

Case No. 16-34776-DLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dwilliams      Page 1 of 1      Date Rcvd: Feb 21, 2020
                   Form ID: ntcasclm      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
```
db             +Sharon E Halfpenny,    P.O. Box 289,    Amboy, IL 61310-0289
27766035       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Codilis & Associates P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
```
              Dana N O'Brien    on behalf of Defendant    SETERUS, INC. dana.obrien@mccalla.com,
               NDistrict@mccalla.com
              Dana N O'Brien    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dana.obrien@mccalla.com,    NDistrict@mccalla.com
              Dana N O'Brien    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dana.obrien@mccalla.com,    NDistrict@mccalla.com
              Grant W Simmons    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ND-Two@il.cslegal.com
              Joseph S Davidson    on behalf of Debtor 1 Sharon E Halfpenny jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Joseph S Davidson    on behalf of Plaintiff Sharon E Halfpenny jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Kinnera  Bhoopal    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America kinnera.bhoopal@mccalla.com
              Kinnera  Bhoopal    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               kinnera.bhoopal@mccalla.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Townsend    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America toni.townsend@mccalla.com,    northerndistrict@mccalla.com
                                                                                              TOTAL: 11
```