# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 16-34776 |
| Sharon E Halfpenny | Chapter 13 |
| Debtor. | Hon. Judge Deborah L. Thorne |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
## FILED MAY 22, 2020

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST BY ITS SERVICER SN SERVICING CORPORATION ("Creditor"), by and through their undersigned counsel, hereby withdraws their Notice of Mortgage Payment Change filed by the Creditor on May 22, 2020.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Withdrawal upon the above-named parties by electronic filing or, as noted below, by placing same in a properly

addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 15, 2020, before the hour of 5:00 p.m.

    Joseph S Davidson, Debtor's Counsel at jdavidson@sulaimanlaw.com

    Marilyn O. Marshall, Trustee at courtdocs@chi13.com

    Patrick S Layng, U.S. Trustee at USTPRegion11.ES.ECF@usdoj.gov

    Sharon E Halfpenny, P.O. Box 289, Amboy, IL 61310

    /s/ Jon J. Lieberman
    Jon J. Lieberman (OH 0058394)
    Attorney for Creditor