**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Sharon E. Halfpenny |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 16-34776 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Igloo Series IV Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 3 2

**Date of payment change:**
Must be at least 21 days after date of this notice     12/01/2021

**New total payment:** $ 1,144.13
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 499.12     New escrow payment: $ 567.25

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1  **Sharon E. Halfpenny**                Case number (if known) **16-34776**
  First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ Jon J. Lieberman**                                                       Date  **11/01/2021**
  Signature

Print:  **Jon J. Lieberman**                                     Title  **Attorney for Creditor**
  First Name    Middle Name    Last Name

Company  **Sottile & Barile, Attorneys at Law**

Address  **394 Wards Corner Road, Suite 180**
  Number    Street

  **Loveland**                          **OH**    **45140**
  City                                  State    ZIP Code

Contact phone  **513-444-4100**                  Email  **bankruptcy@sottileandbarile.com**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DENNIS HALFPENNY
PO BOX 289
AMBOY IL  61310

Analysis Date: October 20, 2021                                                                                         Final
Property Address: 401 SOUTH GROVE AVENUE APT 1A  OAK PARK, IL 60302                              Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from July 2020 to Nov 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 576.88 | 576.88 |
| Escrow Payment: | 499.12 | 567.25 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,076.00 | $1,144.13 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Oct 01, 2021 |
| Escrow Balance: | 0.00 |
| Anticipated Pmts to Escrow: | 998.24 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $998.24 |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 1,880.62 | (1,427.57) |
| Jul 2020 | 483.24 |  | 61.17 | 58.50 | * Forced Place Insur | 2,302.69 | (1,486.07) |
| Jul 2020 |  | 403.00 |  |  | * Escrow Only Payment | 2,302.69 | (1,083.07) |
| Jul 2020 |  |  |  | 2,458.68 | * County Tax | 2,302.69 | (3,541.75) |
| Aug 2020 | 483.24 | 576.86 | 2,302.69 |  | * County Tax | 483.24 | (2,964.89) |
| Aug 2020 |  |  | 61.17 |  | * Forced Place Insur | 422.07 | (2,964.89) |
| Sep 2020 | 483.24 | 576.86 | 61.17 |  | * Forced Place Insur | 844.14 | (2,388.03) |
| Oct 2020 | 483.24 | 576.86 | 61.17 |  | * Forced Place Insur | 1,266.21 | (1,811.17) |
| Nov 2020 | 483.24 | 576.86 | 61.17 |  | * Forced Place Insur | 1,688.28 | (1,234.31) |
| Dec 2020 | 483.24 | 1,075.98 | 61.17 |  | * Forced Place Insur | 2,110.35 | (158.33) |
| Dec 2020 |  |  |  | 388.70 | * Escrow Disbursement | 2,110.35 | (547.03) |
| Jan 2021 | 483.24 | 499.12 | 61.17 |  | * Forced Place Insur | 2,532.42 | (47.91) |
| Feb 2021 | 483.24 | 499.12 | 61.17 |  | * Forced Place Insur | 2,954.49 | 451.21 |
| Feb 2021 |  |  |  | 2,870.78 | * County Tax | 2,954.49 | (2,419.57) |
| Mar 2021 | 483.24 | 499.12 | 2,762.20 |  | * County Tax | 675.53 | (1,920.45) |
| Mar 2021 |  |  | 61.17 |  | * Forced Place Insur | 614.36 | (1,920.45) |
| Apr 2021 | 483.24 | 499.12 | 61.17 |  | * Forced Place Insur | 1,036.43 | (1,421.33) |
| May 2021 | 483.24 | 499.12 | 61.17 |  | * Forced Place Insur | 1,458.50 | (922.21) |
| Jun 2021 | 483.24 | 499.12 | 61.17 |  | * Forced Place Insur | 1,880.57 | (423.09) |
| Jul 2021 |  | 499.12 |  |  | * | 1,880.57 | 76.03 |
| Aug 2021 |  | 499.12 |  |  | * | 1,880.57 | 575.15 |
| Sep 2021 |  | 499.12 |  |  | * | 1,880.57 | 1,074.27 |

Page 1

| Date | | | | Description | | |
|---|---|---|---|---|---|---|
| Sep 2021 | | | 7.00 | * County Tax | 1,880.57 | 1,067.27 |
| Sep 2021 | | 3,391.58 | | * County Tax | 1,880.57 | (2,324.31) |
| Oct 2021 | 2.00 | | | * Tax Refund Report | 1,880.57 | (2,322.31) |
| Oct 2021 | 2,322.31 | | | * | 1,880.57 | 0.00 |
| | | | | Anticipated Transactions | 1,880.57 | 0.00 |
| Oct 2021 | 499.12 | | | | | 499.12 |
| Nov 2021 | 499.12 | | | | | 998.24 |
| | $5,798.88 | $11,601.05 | $5,798.93 | | | $9,175.24 |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 5,798.93. Under Federal law, your lowest monthly balance should not have exceeded 966.49 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: October 20, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: DENNIS HALFPENNY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 998.24 | 2,087.48 |
| Dec 2021 | 521.86 | | | 1,520.10 | 2,609.34 |
| Jan 2022 | 521.86 | | | 2,041.96 | 3,131.20 |
| Feb 2022 | 521.86 | | | 2,563.82 | 3,653.06 |
| Mar 2022 | 521.86 | 2,870.78 | County Tax | 214.90 | 1,304.14 |
| Apr 2022 | 521.86 | | | 736.76 | 1,826.00 |
| May 2022 | 521.86 | | | 1,258.62 | 2,347.86 |
| Jun 2022 | 521.86 | | | 1,780.48 | 2,869.72 |
| Jul 2022 | 521.86 | | | 2,302.34 | 3,391.58 |
| Aug 2022 | 521.86 | 3,391.58 | County Tax | (567.38) | 521.86 |
| Sep 2022 | 521.86 | | | (45.52) | 1,043.72 |
| Oct 2022 | 521.86 | | | 476.34 | 1,565.58 |
| Nov 2022 | 521.86 | | | 998.20 | 2,087.44 |
| | $6,262.32 | $6,262.36 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 521.86. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,043.73 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 998.24. Your starting balance (escrow balance required) according to this analysis should be $2,087.48. This means you have a shortage of 1,089.24. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 6,262.36. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: October 20, 2021
Borrower: DENNIS HALFPENNY

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 521.86 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 45.39 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $567.25 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,098.74 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-34776 |
| Sharon E. Halfpenny | Chapter 13 |
| Debtor. | Hon. Judge Deborah L. Thorne |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on November 1, 2021, before the hour of 5:00 p.m.

Mohammed Badwan, Debtor's Counsel
mbadwan@sulaimanlaw.com

Marilyn O. Marshall, Trustee
courtdocs@chi13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Sharon E. Halfpenny, Debtor
P.O. Box 289
Amboy, IL 61310

Dated: November 1, 2021            Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor